■ (A) Sylvia Needleman v. Manufacturers Trust Company et al. (B) In the Matter of Charles I. Garside v. Most Preferred, Inc., et al.— Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ David Vogel, Inc. v. John S. Spraker et al. Arthur E. Fuss et al. v. Dorothy Spraker Francke et al.— Motion for a stay granted. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

■ (A) The People of the State of New York v. Henry Fleischmann. (B) The People of the State of New York v. Damian Zacharczenko. (C) The People of the State of New York v. Carmine Di Biasi.— Enlargement of time granted. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ Henry Denker v. Twentieth Century-Fox Film Corporation et al. — Motion for a stay granted on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before January 31, 1961, with notice of argument for the March 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Valente, Stevens, Eager and Bergan, JJ.

## (January 12, 1961)

■ In the Matter of Nathan Mennen v. Stephen P. Kennedy, as Commissioner of the Police Department of the City of New York.— Motion for leave to reargue denied, but motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ Claudia Walker v. Milton U. Sheldon et al.— Motion by defendant Milton U. Sheldon for leave to appeal to the Court of Appeals granted to the extent of certifying the following question: "Was the order of this Court, entered November 25, 1960, insofar as it denied defendant's motion to strike from the complaint as irrelevant and prejudicial the allegations relating to punitive damages, properly made as a matter of law?" Settle order on notice. Motion by defendants Samuel F. Chernoble, Edith Chernoble, Comet Press Books Corp. and Comet Press, Inc., for leave to appeal to the Court of Appeals granted to the extent of certifying the following question: "Was the order of this Court, entered November 25, 1960, insofar as it denied defendants' motion to strike from the complaint as irrelevant and prejudicial the allegations relating to punitive damages, properly made as a matter of law?" Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, Valente and Eager, JJ.

■ In the Matter of Joseph Roland Sala (Also Known as J. Roland Sala), an Attorney.— Motion for leave to appeal to the Court of Appeals denied. Concur — Botein, P. J., Rabin, Stevens and Eager, JJ.

■ (A) Marilyn Jamieson et al., v. Walter T. Lamoreaux et al.— Motion for leave to reargue or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Rabin, McNally, Stevens and Noonan, JJ. (B) Saul Geltman et al., v. Travis S. Levy et al.— [Same decision.] Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ Mary R. Beyer v. Edward Keller et al.— Motion for leave to reargue denied, but motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.